# Exhibit 1

# STATE BOARD OF ELECTIONS

6400 Mail Service Center • Raleigh, North Carolina 27699-6400

GARY O. BARTLETT
Executive Director

MAILING ADDRESS:
P.O. BOX 27255
RALEIGH, NC 27611-7255

July 22, 2011

Abdul K. Hassan Esquire
215-28 Hillside Avenue
Queens Village, N.Y.   11427

Dear Mr. Hassan,

Until Article II, Section 5 of the United States Constitution is repealed or held otherwise ineffective by the Supreme Court of the United States; you will not qualify as a Presidential Candidate in the State of North Carolina because you are not a natural born citizen.

Also please be informed that elections in North Carolina are under the jurisdiction of the N.C. State Board of Elections and not the Secretary of State. Secretary of State Marshall was kind enough to forward your letter to our agency.

Sincerely,

Don Wright
General Counsel

neoposť
07/2/2011
**US POSTAGE**
$00.44⁰

ZIP 27603
041L11208328

STATE BOARD OF ELECTIONS

PO Box 27255
Raleigh North Carolina 27611-7255

Abdul K. Hassan Esquire
215-28 Hillside Avenue
Queens Village, N.Y. 11427

11427+1531