IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CV-720-FL

| | |
|---|---|
| ABDUL KARIM HASSAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE STATE OF NORTH CAROLINA )<br>and NORTH CAROLINA STATE )<br>BOARD OF ELECTIONS, )<br>)<br>Defendants. ) | ORDER DISMISSING ACTION<br>WITHOUT PREJUDICE<br>FOR FAILURE TO OBTAIN SERVICE |

This matter comes now before the court for its review upon plaintiff's apparent failure to comply with the Local Civil Rules of this district pertaining to obligation to report financial disclosures and for failure to obtain service upon the defendants within one hundred twenty (120) days after filing of the complaint on December 9, 2011. On April 16, 2012, plaintiff was noticed by the clerk of the failure to make service and instructed to comply within fourteen days of receipt of the notice. Further, the clerk issued notices to the plaintiff on December 13, 2011, December 27, 2011 and finally on April 16, 2012 notifying plaintiff of deficiency where no financial disclosure statement had been filed in this matter in accordance with Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3.

As of this date, there has been no effort, as reflected on the record, by plaintiff to comply with the clerk's notices. No good cause having been demonstrated as to why plaintiff has failed to comply with this court's directives or to evidence why service was not made within the appropriate period, this action is DISMISSED without prejudice.

SO ORDERED this the 4th day of June, 2012.

_____
LOUISE W. FLANAGAN
United States District Judge

2